IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THELMA MARSHELL ANDERSON,<br>Movant, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL NO. 3:26-cv-726-K<br>(CRIMINAL NO. 3:24-cr-191-K-1) |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§ | |

**JUDGMENT**

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that the motion to vacate sentence under 28 U.S.C. § 2255 is DISMISSED as premature without prejudice to re-filing once Movant's conviction and sentence become final.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing Section 2255 Proceedings in the United States District Court, and 28 U.S.C. § 2253(c), the court **DENIES** a certificate of appealability.   The court adopts and incorporates by reference the order filed in this case in support of its finding that the movant has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484

(2000).

If Movant files a notice of appeal, Movant must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

The clerk of the court is DIRECTED to close this case and transmit a copy of this judgment to all parties.

SO ORDERED.

Signed March 24th, 2026.

_____

ED KINKEADE
UNITED STATES DISTRICT JUDGE